UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE HANEY, | ) | Case No. 2:25-cv-06023-VBF-JC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER (1) ACCEPTING |
| v. | ) | FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF |
| | ) | UNITED STATES MAGISTRATE |
| WARDEN, | ) | JUDGE; AND (2) DISMISSING |
| | ) | FIRST AMENDED PETITION |
| | ) | FOR WRIT OF HABEAS |
| Respondent. | ) | CORPUS BY A PERSON IN |
| | ) | STATE CUSTODY AND ACTION |
| | ) | WITHOUT PREJUDICE |
| | ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") (including the Addendum thereto), the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("First Amended Petition") (including the Addendum thereto) (which are substantively identical to the original Petition and Addendum), and all of the records herein, including the July 14, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Petitioner's

///

objections to the Report and Recommendation ("Objections").[1]  The Court has further made a de novo determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

**The First Amended Petition (including the Addendum thereto) and this action are dismissed without prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2026            /s/ Valerie Baker Fairbank
                                   _____
                                   HON. VALERIE BAKER FAIRBANK
                                   Senior UNITED STATES DISTRICT JUDGE

---

[1] The First Amended Petition supersedes the original Petition.  However, as it is clear that the First Amended Petition and Addendum are substantively identical to the original Petition and Addendum, the findings and conclusions set forth in the Magistrate Judge's Report and Recommendation regarding the original filings apply equally well to the First Amended Petition and Addendum.