JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HANEY, | ) Case No. 2:25-cv-06023-VBF-JC |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus by a Person in State Custody (including the Addendum thereto) and this action are dismissed without prejudice.

Date: January 10, 2026

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE